UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU, | No. 12-4193 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY TEWS, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new action after she exhausts her administrative remedies.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 23, 2013

_____
SUSAN ILLSTON
United States District Judge