UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU, | No. 12-4193 SI (pr) |
| Petitioner, | **ORDER DENYING MOTIONS FOR RECONSIDERATION** |
| v. | |
| RANDY TEWS, warden, | |
| Respondent. | |

The court dismissed this action without prejudice because petitioner had not exhausted her Bureau of Prisons administrative remedies before filing her petition under 28 U.S.C. § 2241. Petitioner has moved for reconsideration of the dismissal, arguing that it will be futile to attempt to exhaust administrative remedies. Her motions for reconsideration are DENIED. (Docket # 16 and # 21.) As the court explained in the order of dismissal, further development of the record by way of the administrative appeals process would be particularly helpful in this case. Petitioner is reminded that, after she exhausts her administrative remedies, she may file a new action.

Petitioner's motion for leave to proceed *in forma pauperis* on appeal is GRANTED. (Docket # 17.)

IT IS SO ORDERED.

DATED: February 8, 2013

SUSAN ILLSTON
United States District Judge