UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY TEWS, warden,<br><br>    Respondent.<br>_____/ | No. 12-4193 SI (pr)<br><br>**ORDER DECLINING TO RELATE CASES** |

Respondent has filed a motion to consider whether this case should be related to *Jiau v. Tews*, Case No. C 13-4231 YGR. Case No. C 13-4231 YGR concerns a refusal to place Jiau in a residential reentry center, whereas Case No. C 12-4193 SI concerned Jiau's earlier expulsion from a residential drug treatment program. The two actions do not concern substantially the same transaction or event, and it does not appear likely that there will be an unduly burdensome duplication of labor and expense if the cases are litigated before different judges. *See* N. D. Cal. Local Rule 3-12(a). The cases are not related. Respondent's motion "to consider whether cases should be related" is GRANTED. (Docket # 29.) Having "considered" the matter, the court DECLINES to relate the cases.

IT IS SO ORDERED.

DATED: January 14, 2014

                                                               SUSAN ILLSTON
                                                           United States District Judge