UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU, | No. 12-4193 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| RANDY TEWS, warden, | |
| Respondent. | |

Judgment was entered in this action on January 23, 2013, and an appeal therefrom is now pending in the Ninth Circuit. "When a notice of appeal is filed, jurisdiction over the matters being appealed normally transfers from the district court to the appeals court." *Mayweathers v. Newland*, 258 F.3d 930, 935 (9th Cir. 2001). Many months after she filed a notice of appeal, petitioner filed in this court a "motion for permission for electronic case filing" and a "motion for exemption from payment of the electronic public access fees prescribed by Item (I) of the electronic public access fee schedule." (Docket # 31 and # 32.) The motions are DENIED without prejudice to petitioner re-filing them if her appeal results in the action being remanded to this court. All further motions should be filed in the Ninth Circuit while the appeal is pending in that court.

IT IS SO ORDERED.

DATED: January 29, 2014

SUSAN ILLSTON
United States District Judge